Daniel S. Mount (State Bar No. 077517)
Kevin M. Pasquinelli (State Bar No. 246985)
MOUNT & STOELKER
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
Tel.: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Defendants
TOPOWER COMPUTER INDUSTRIAL CO., LTD.,
TOPOWER COMPUTER (USA), INC.,
TAGAN TECHNOLOGY CO.

Richard A. Ergo (State Bar No. 110487)
Kenneth G. Jones (State Bar No. 196868)
Cathleen S. Huang (State Bar No. 219554)
Thomas E. Marrs (State Bar No. 252485)
Bowles & Verna, LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Tel.:(925) 935-3300
Fax: (925) 935-0371
Attorneys for Plaintiffs
SUPER-FLOWER COMPUTER, INC., TSUNG-YEN TSAI,

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER FLOWER COMPUTER, INC.; TSUNG-YEN TSAI, <br><br> Plaintiffs, <br><br> vs. <br><br> TOPOWER COMPUTER INDUSTRIAL CO. LTD.; TOPOWER COMPUTER (USA) INC.; TAGAN TECHNOLOGY CO., <br><br> Defendants. | **Civil Case No.:** C09-03129 SBA <br><br> **STIPULATION AND ORDER TO ANSWER DEADLINES** <br><br> Judge: Honorable Saundra Brown Armstrong <br> Complaint Filed:7/10/2009 <br> Trail Date: None Set |

## STIPULATION

Defendants, Topower Computer Industrial Co., Ltd. ("Topower"), Topower Computer (USA) ("Topower USA"), and Tagan Technology Co. ("Tagan") (collectively "Defendants") by and through its counsel of record, Mount & Stoelker, P.C. ("M&S") and SUPER-FLOWER COMPUTER, INC. and TSUNG-YEN TSAI (collectively "Plaintiffs") by and through their counsel of record, Bowles & Verna, LLP ("B&V"), (Defendants and Plaintiffs jointly referred to as the "Parties")do hereby stipulate and agree as follows:

Stipulation and Proposed Order re Answer and FRCP 12 Deadlines    1

Whereas the Plaintiffs have completed service of process of the summons and complaint on Defendants at differing dates and times, Defendants have differing deadlines to answer and/or make other motions related to Federal Rules of Civil Procedure ("FRCP") 12.

Whereas the Parties wish to have all Defendants respond to the complaint due on the same day for convenience and clarity.

As such, the Parties request that the response required by FRCP 12 to the initial complaint be set for 8/28/2009.

Dated: August 20, 2009                                          MOUNT & STOELKER. P.C.

                                                        By:     /s/ Kevin M. Pasquinelli
                                                                Daniel S. Mount
                                                                Kevin M. Pasquinelli

                                                                Attorneys for Defendants
                                                                Topower Computer Industrial Co. Ltd.., Topower Computer (USA), Inc., Tagan Technology Co.

Dated: August 20, 2009                                          Bowles & Verna

                                                        By:     /s/ Thomas Marrs
                                                                Thomas E. Marrs
                                                                Attorneys for Plaintiffs
                                                                Super-Flower Computer, Inc., And Tsung-Yen Tsai

Stipulation and Proposed Order re Answer and FRCP 12 Deadlines                                          2

## **ORDER**

In accordance with the foregoing stipulation of the Parties, and with good cause appearing therefore, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: 8/24/09                                                       By: *Saundra B. Armstrong*
                                                                           Honorable Saundra Brown Armstrong
                                                                           U.S. District Court Judge

MOUNT & STOELKER
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

Stipulation and Proposed Order re Answer and FRCP 12 Deadlines                                        3