Daniel S. Mount (State Bar No. 077517)
Kevin M. Pasquinelli (State Bar No. 246985)
MOUNT & STOELKER
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
Tel.: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Defendants
TOPOWER COMPUTER INDUSTRIAL CO., LTD.,
TOPOWER COMPUTER (USA), INC.,
TAGAN TECHNOLOGY CO.

Richard A. Ergo (State Bar No. 110487)
Kenneth G. Jones (State Bar No. 196868)
Cathleen S. Huang (State Bar No. 219554)
Thomas E. Marrs (State Bar No. 252485)
Bowles & Verna, LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Tel.:(925) 935-3300
Fax: (925) 935-0371
Attorneys for Plaintiffs
SUPER-FLOWER COMPUTER, INC., TSUNG-YEN TSAI,

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUPER FLOWER COMPUTER, INC.; TSUNG-YEN TSAI, <br><br> Plaintiffs, <br><br> vs. <br><br> TOPOWER COMPUTER INDUSTRIAL CO. LTD.; TOPOWER COMPUTER (USA) INC.; TAGAN TECHNOLOGY CO., <br><br> Defendants. | **Civil Case No.:** C09-03129 SBA <br><br> **STIPULATION AND ORDER TO ANSWER DEADLINES** <br><br> Judge: Honorable Saundra Brown Armstrong <br> Complaint Filed:7/10/2009 <br> Trail Date: None Set |

**STIPULATION**

Defendants, Topower Computer Industrial Co., Ltd. ("Topower"), Topower Computer (USA) ("Topower USA"), and Tagan Technology Co. ("Tagan") (collectively "Defendants") by and through its counsel of record, Mount & Stoelker, P.C. ("M&S") and SUPER-FLOWER COMPUTER, INC. and TSUNG-YEN TSAI (collectively "Plaintiffs") by and through their counsel of record, Bowles & Verna, LLP ("B&V"), (Defendants and Plaintiffs jointly referred to as the "Parties")do hereby stipulate and agree as follows:

Whereas the Plaintiffs have completed service of process of the summons and complaint on Defendants at differing dates and times, Defendants have differing deadlines to answer and/or make other motions related to Federal Rules of Civil Procedure ("FRCP") 12. Whereas the Parties wish to have all Defendants respond to the complaint due on the same day for convenience and clarity.

Whereas the Plaintiffs are filing a motion to consolidate this case with <u>Topower v. Xion et. al</u>. on or about the same date as this stipulation and proposed order. The motion to consolidate is currently scheduled for hearing on October 6, 2009.

Whereas the decision regarding the outcome of the motion to consolidate may moot the need to answer.

As such, the Parties request that the response required by FRCP 12 to the initial complaint be delayed until two (2) weeks after this court decides the motion to consolidate cases.

Dated:  August 28, 2009                MOUNT & STOELKER. P.C.

By:    /s/ Kevin M. Pasquinelli
       Daniel S. Mount
       Kevin M. Pasquinelli

Attorneys for Defendants
Topower Computer Industrial Co. Ltd.., Topower Computer (USA), Inc., Tagan Technology Co.

Dated:  August 28, 2009                Bowles & Verna

By:    /s/ Thomas Marrs
       Thomas E. Marrs
Attorneys for Plaintiffs
Super-Flower  Computer,  Inc.,  And  Tsung-Yen Tsai

## __ORDER__

In accordance with the foregoing stipulation of the Parties, and with good cause appearing

therefore, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: 8/31/09

By: _Saundra B Armstrong_
Honorable Saundra Brown Armstrong
U.S. District Court Judge

Mount & Stoelker
RiverPark Tower, Suite 1650
333 West San Carlos
San Jose, California 95110-2711
Telephone (408) 279-7000

3